Case #

17-17495 LMI

Certificate Number: 15725-FLS-CC-029507556

||||||| |||||||||| | ||||||| ||||| || | ||||||||||| ||| || ||||| |||||| |||
15725-FLS-CC-029507556

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 29, 2017, at 8:50 o'clock PM EDT, Essie Riggins received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 29, 2017                    By:    /s/Arnold Romero

                                         Name:  Arnold Romero

                                         Title: Issuer

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).