IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA - MIAMI

In Re:                                             Case No. 17-17495-LMI

ESSIE M RIGGINS,                                   Chapter 7

       Debtor.
_____/

## REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES

TO:  UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for Cenlar FSB and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Rachel L. Ahlum<br>
ALDRIDGE PITE, LLP<br>
Fifteen Piedmont Center<br>
3575 Piedmont Road, N.E., Suite 500<br>
Atlanta, GA 30305

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

    c.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    d.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    e.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: July 7, 2017                              ALDRIDGE PITE, LLP

                                                      /s/ Rachel L. Ahlum
                                                      Rachel L. Ahlum (SBN 91291)
                                                      rahlum@aldridgepite.com
                                                      Fifteen Piedmont Center
                                                      3575 Piedmont Road, N.E., Suite 500
                                                      Atlanta, GA 30305
                                                      Phone: (404) 994-7400
                                                      Fax: (888) 873-6147

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing REQUEST FOR SERVICE OF COPIES was served on July 7, 2017. Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

Essie M Riggins
26051 SW 130 Ave
Homestead, FL 33032

Ross R Hartog
9130 S Dadeland Blvd # 1800
Miami, FL 33156
rhartog@mrthlaw.com

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2017                         /s/ *Michael Tidwell*
                                            MICHAEL TIDWELL