## UNITED STATES BANKRUPCTY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:    CASE NO.: 17-17495-LMI

ESSIE M RIGGINS,    Chapter 7

Debtor./

### NOTICE OF ABANDONMENT

**Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 calendar days after the date of service of this notice.**

NOTICE IS HEREBY GIVEN TO ALL CREDITORS AND INTERESTED PARTIES THAT:

1.    Ross R. Hartog, Chapter 7 Trustee ("Trustee"), pursuant to 11 U.S.C. § 554(a), Bankruptcy Rule 6007, and Local Rule 6007-1 abandons the following:

**Real Property located at 20535 Marlin Road, Cutler Bay, Florida   33189 (the "Asset).**

2.    Upon investigation, the Trustee has determined that the Asset is of inconsequential value and benefit to the estate and/or the Trustee has exhausted his efforts to sell the Asset, and that to maintain the Asset would be an unnecessary burden on the estate.

3.    The failure of any party to file an objection to this notice of abandonment within fourteen (14) days after service of the notice shall be deemed a consent to the proposed abandonment.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed U.S. regular mail, postage prepaid, on October 4, 2017, to **all parties on the service list attached**.

Dated: October 4, 2017    /s/ Ross R. Hartog
Ross R. Hartog, Trustee
101 NE Third Avenue, Suite 1210
Fort Lauderdale, FL 33301
Tel: (305) 670-5000 // Fax: (305) 670-5011

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 17-17495-LMI<br>Southern District of Florida<br>Miami<br>Wed Oct  4 09:48:40 EDT 2017 | Atlas Acquisitions,LLC<br>c/o Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| Badcock Furniture<br>11247 SW 152 St<br>Miami FL 33157-1101 | Credit One<br>PO Box 98873<br>Las Vegas NV 89193-8873 | Credit Service Morgan<br>PO Box 58<br>Ft Morgan CO 80701-0058 |
| IC Systems/ATT<br>444 Highway 96 E<br>Saint Paul MN 55127-2557 | Macys<br>PO Box 8218<br>Mason OH 45040-8218 | Midland Funding<br>2365 Northside Dr #306<br>San Diego CA 92108-2709 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Paramount Residential<br>425 Phillips Blvd Ctr<br>Ewing NJ 08618-1430 | Essie M Riggins<br>26051 SW 130 Ave<br>Homestead, FL 33032-8908 |
| Ross R Hartog<br>9130 S Dadeland Blvd # 1800<br>Miami, FL 33156-7858 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Cenlar FSB | (u)Paramount Residential Mortgage Group, Inc. | (u)Miami |

End of Label Matrix<br>
Mailable recipients    12<br>
Bypassed recipients     3<br>
Total                  15