## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                                                      Case No.: 17-17495-LMI

    ESSIE M RIGGINS,

                                          **Chapter 7**

    **Debtor**
_____/

### CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION TO DISMISS CASE FOR FAILURE BY DEBTORS TO APPEAR AT THE § 341 MEETING OF CREDITORS AND TO DISCHARGE TRUSTEE

**Ross R. Hartog, Trustee,** files this *ex parte* Motion to Dismiss Case for Failure by Debtors to appear at the § 341 Meeting of Creditors, and in support, states as follows:

1. A continued § 341 meeting of creditors was scheduled in this case on October 11, 2017.

2. The debtor failed to appear at the continued § 341 meeting of creditor's as required by 11 U.S.C. § 343.

**WHEREFORE,** the Trustee respectfully requests that this Court enter an order dismissing this case pursuant to Local Rule 1017-2(B), that the Chapter 7 Trustee be discharged and that the dismissal be "with prejudice" to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the debtor(s) earlier than 180 days from entry of this order.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on October 11, 2017, via (1) e-mail through the Court's BNC, to all parties of record receiving electronic notice; and (2) U.S. Regular Mail to: **Essie M Riggins,** 26051 Sw 130 Ave, Homestead, FL 33032.

Dated: October 11, 2017              /s/ **Ross R. Hartog**
                                                    Ross R. Hartog, Trustee
                                                    101 NE Third Avenue, Suite 1210
                                                    Fort Lauderdale, FL 33301
                                                    Tel: (305) 670-5000 // Fax: (305) 670-5011