

**ORDERED in the Southern District of Florida on October 18, 2017.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

**ESSIE M RIGGINS,**

      **Debtor.**
_____/

CASE NO.: 17-17495-LMI

Chapter 7

### ORDER DISMISSING CHAPTER 7 CASE FOR FAILURE BY DEBTOR TO APPEAR AT THE CONTINUED SECTION 341 MEETING OF CREDITORS

THIS MATTER came before the Court on upon the *Chapter 7 Trustee's Ex Parte Motion to Dismiss Case for Failure by Debtor to Appear at the Section 341 Meeting of Creditors and to Discharge Trustee* (the "Motion") [ECF 33]. The Court, having reviewed the Motion and for the reasons stated on the record, finds good cause to grant the Motion. Accordingly, it is

**ORDERED AS FOLLOWS:**

1.      The Motion is **GRANTED**.

2. In accordance with 11 U.S.C. § 105(a) and Local Rule 1017−2(B), this case is dismissed with prejudice as to the filing of any bankruptcy case in any Federal Bankruptcy Court in the United States of America by the Debtor earlier than one (1) year from entry of this order.

3. The Court reserves the right to retain jurisdiction and ruling in the *Motion for Stay Relief* [ECF 29], filed by Paramount Residential Mortgage Group, Inc., which is scheduled for hearing on November 8, 2017 [ECF 30].

4. Pursuant to Local Rule 1002−1(B)(1) the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by the Debtor if the re-filing violates a prior order of the Court or if the petition is accompanied by an application to pay filing fees in installments and filing fees remain due from any previous case filed by the debtor.

# # #

Submitted by:
Ross R. Hartog, Trustee

The clerk shall serve a copy of this order on all parties of record.