8 November 2017

Bankruptcy Clerk's Office

Room 150

301 North Miami Avenue

Miami, Florida 33128

REF: Essie Riggins

**Case No: 17-17495**

**MOTION TO REINSTATE THIS CASE** / Change of address

**Previously mailed on 17 Oct 2017**

This is to advise your office that pertaining to the subject case, I have been a victim of fraudulent crimes committed by someone other than myself and the perpetrator is under investigation by the State of Florida, Department of Child and Family Services, Adult Protective Investigator, Annette Montez, Case **#2017-270744**. Also, the State of Florida, Miami-Dade Police Report number **#PD170915354318**, District Unit **Cutler Bay 211.**

I did not file for bankruptcy but accepted this as acknowledgment that my monthly mortgage payments would be reduced. But, to protect my house which is about to be foreclosed, I will do whatever it takes to stop this matter. The person that committed this action due to my illness had access to my bank account and was instructed to pay monthly mortgage from my Retirement and Social Security checks. This evidently did not happen.

Request the Bankruptcy Clerk of the Court make **changes** as follow:

Old Address: 26051 S.W. 130th Avenue (No recollection of this address – **Fraud**)

       Homestead, FL 33032

**New Address: 20535 Marlin Road**

       **Miami, FL 33189**

**E-Mail Address:** EssieRiggins1941@gmail.com  **(Delete)** (No recollection of -e-mail address,

do not have a computer)

The Trustee, Mr. Ross Hartog, filing motions in July, Aug 21, Sep 6, Sep 20 and Oct 11 to discuss the creditors and to submit my Social Security card were not met and dismissed due to my failure to receive court correspondence mailed to fraudulent address.

Thank you,

Essie Riggs 40

ESSIE RIGGINS