

## ORDERED in the Southern District of Florida on November 14, 2017.

*Laurel M. Isicoff*
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                  Case No. 17-17495-BKC-LMI

ESSIE M. RIGGINS,                                              Chapter 7

        Debtor.
_____/

### ORDER DENYING MOTION FOR RELIEF FROM STAY

THIS CAUSE came before the Court on November 8, 2017 upon Motion for Relief from Stay (ECF #29) filed by Creditor Paramount Residential Mortgage Group, Inc. The Court has reviewed the Motion, the record, and all relevant matters. It is

**ORDERED as follows**:

1. The Motion for Relief from Stay is denied as moot as this case has been dismissed.

###

Copies furnished to:
Rachael Ahlum, Esq.

*The clerk of court shall serve a copy of this order upon all parties in interest.*